# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JOHN F HARKINS                                   §   Case No.: 09-19478
         JENNIFER E HARKINS                               §
                                                          §
         Debtor(s)                                        §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2009.

2) This case was confirmed on 07/22/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/22/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/12/2010, 05/19/2010.

5) The case was dismissed on 06/02/2010.

6) Number of months from filing to the last payment:  5

7) Number of months case was pending:  17

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    36,200.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,960.00 |
| Less amount refunded to debtor | $ 3,465.04 |
| **NET RECEIPTS** | $ 1,494.96 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,207.70 |
| Court Costs | $     .00 |
| Trustee Expenses and Compensation | $ 287.26 |
| Other | $     .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,494.96 |
| Attorney fees paid and disclosed by debtor | $ 1,025.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHASE HOME FINANCE L | SECURED | 224,000.00 | 333,890.03 | .00 | .00 | .00 |
| CHASE MANHATTAN MORT | UNSECURED | 114,752.00 | NA | NA | .00 | .00 |
| FIRST BANK | SECURED | 224,000.00 | 57,307.40 | .00 | .00 | .00 |
| FIRST BANK | UNSECURED | 51,234.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | .00 | 39,329.58 | .00 | .00 | .00 |
| FIRST BANK | SECURED | .00 | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 20,000.00 | .00 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 27.74 | NA | NA | .00 | .00 |
| AT&T LONG DISTANCE | UNSECURED | 47.36 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 614.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| ICE MOUNTAIN SPRING | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,030.00 | 2,040.00 | 2,040.00 | .00 | .00 |
| OFFICE MAX | UNSECURED | 563.81 | NA | NA | .00 | .00 |
| CHRIST MEDICAL GROUP | UNSECURED | 562.00 | NA | NA | .00 | .00 |
| CHRIST MEDICAL GROUP | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 206.68 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 220.00 | 1,054.80 | 1,054.80 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | .00 | NA | NA | .00 | .00 |
| SEARS PREMIER CARD | UNSECURED | 8,158.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING | UNSECURED | 2,289.00 | 2,367.09 | 2,367.09 | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 69.50 | NA | NA | .00 | .00 |
| SAFECO INSURANCE CO | UNSECURED | 141.67 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| EAR NOSE AND THROAT | UNSECURED | 184.20 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 481.00 | NA | NA | .00 | .00 |
| BIELINSKI DERMATOLOG | UNSECURED | 949.00 | NA | NA | .00 | .00 |
| TINLEY WOODS SURGERY | UNSECURED | 56.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 4,670.63 | NA | NA | .00 | .00 |
| TINLEY WOODS SURGERY | UNSECURED | 536.00 | NA | NA | .00 | .00 |
| DR TERRANCE M WALL | UNSECURED | 859.88 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 1,288.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 627.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 541.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 269.00 | NA | NA | .00 | .00 |
| MACYS RETAIL HOLDING | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 211.50 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 438.72 | NA | NA | .00 | .00 |
| ACMC PHYSICIANS SERV | UNSECURED | 97.71 | NA | NA | .00 | .00 |
| MIDWEST ANESTHESIS L | UNSECURED | 204.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 186.30 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 204.54 | NA | NA | .00 | .00 |
| MEDICAL GROUP 3 | UNSECURED | 25.75 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 129.00 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 96.26 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,097.00 | 2,137.57 | 2,137.57 | .00 | .00 |
| US DEPT OF EDUCATION | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 8,157.00 | 8,157.87 | 8,157.87 | .00 | .00 |
| TARGET | OTHER | .00 | NA | NA | .00 | .00 |
| EMERGENCY VET CARE | UNSECURED | 149.00 | NA | NA | .00 | .00 |
| THOMAS J MOSS DDS | UNSECURED | 394.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,647.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 693.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 504.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 3,466.25 | 5,205.92 | 5,205.92 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 2,908.44 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NV | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                 Claim         Claim        Claim       Principal      Int. |
|   Name         Class     Scheduled     Asserted     Allowed       Paid         Paid |
|                                                                                |
|INTERNAL REVENUE SER  PRIORITY        NA         .00          .00          .00          .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

```
====================================================================
 Summary of Disbursements to Creditors:

                                          Claim         Principal        Int.
                                         Allowed          Paid           Paid
 Secured Payments:
     Mortgage Ongoing                        .00            .00            .00
     Mortgage Arrearage                      .00            .00            .00
     Debt Secured by Vehicle                 .00            .00            .00
     All Other Secured                       .00            .00            .00
 TOTAL SECURED:                              .00            .00            .00

 Priority Unsecured Payments:
     Domestic Support Arrearage              .00            .00            .00
     Domestic Support Ongoing                .00            .00            .00
     All Other Priority                      .00            .00            .00
 TOTAL PRIORITY:                             .00            .00            .00

 GENERAL UNSECURED PAYMENTS:           20,963.25            .00            .00
====================================================================

====================================================================
 Disbursements:

     Expenses of Administration       $    1,494.96
     Disbursements to Creditors       $        .00

 TOTAL DISBURSEMENTS:                                 $    1,494.96
====================================================================
```

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   11/02/2010                        /s/ Tom  Vaughn
                                           Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**